United States District Court
Southern District of Texas
**ENTERED**
August 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JUAN LUJAN, *et al.*, § § § Plaintiffs, § § V. § § SAM'S EAST, INC., § § Defendant. § § § | CIVIL ACTION NO. 2:22-CV-00184 |

### ORDER

Before the Court is the stipulation to dismiss with prejudice filed and signed by all parties and which the Court hereby deems effective. (D.E. 11); FED. R. CIV. P. 41(a)(1)(A)(ii), (a)(1)(B). Accordingly, the Clerk of Court is **ORDERED** to **CLOSE** this case. The parties shall be responsible for their own attorney's fees and costs incurred in connection with this matter.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
August 11*th*, 2023

1 / 1